1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  STEPHANIE M. HINDS (CSBN 154284)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, 11th floor
6      San Francisco, CA 94102
       Telephone: 415.436.6816                *E-FILED - 7/29/09*
7      Facsimile:  415.436.7234
       Email: stephanie.hinds@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                              SAN JOSE DIVISION
12
13 UNITED STATES OF AMERICA,              )    No. CV 09-1728 RMW
                                          )
14              Plaintiff,                )
                                          )
15       v.                               )
                                          )
16 2008 INFINITI G37, VIN:                )
   JNKCV64E98M103041;                     )    STIPULATION AND [PROPOSED]
17                                        )    ORDER TO CONTINUE CASE
   2008 INFINITI QX56, VIN:               )    MANAGEMENT CONFERENCE AND
18 5N3AA08D68N905742;                     )    MOTION TO DISMISS
                                          )
19 APPROXIMATELY $40,388.19 IN UNITED     )
   STATES CURRENCY;                       )
20                                        )
   APPROXIMATELY $10,127.33 SEIZED        )
21 FROM MONEY MARKET ACCOUNT              )
   #******6402;                           )
22                                        )
   APPROXIMATELY $1,043.35 SEIZED FROM    )
23 CHECKING ACCOUNT #******6401;          )
                                          )
24 APPROXIMATELY $160,291.04 FUNDS        )
   SEIZED FROM DIAMOND TRUST              )
25 ACCOUNT; and                           )
                                          )
26 APPROXIMATELY $1,487.32 SEIZED FROM    )
   BANK OF AMERICA ACCOUNT ,              )
27                                        )
                Defendants.               )
28                                        )

**STIPULATION RE CONTINUANCE**
**CV 09-1728 RMW**                                                          *1*

1   IT IS HEREBY STIPULATED by and between plaintiff United States of America and
2   Melissa Perkins, that the case management conference currently scheduled for Friday, July 31,
3   2009, and the hearing on the motion to dismiss for improper venue currently scheduled for
4   August 21, 2009, be continued until Friday, August 28, 2009, at 9:00 am. The parties make this
5   request for a brief continuance of both matters due, in part, to the unavailability of government
6   counsel for the current hearing dates.

    IT IS SO STIPULATED.

Dated: 7/20/09

    STEPHANIE M. HINDS
    Assistant United States Attorney

Dated:

    MELISSA PERKINS
    Claimant

    IT IS HEREBY ORDERED:

Upon the stipulation of government counsel and Melissa Perkins, and good cause appearing, the case management conference currently scheduled Friday, July 31, 2009 and the hearing on claimant's motion to dismiss currently scheduled on August 21, 2009, be vacated. Both matters are to be continued to August 28, 2009, at 9:00 a.m., or as soon thereafter as the court if available.

DATED:

    RONALD M. WHYTE
    United States District Judge

STIPULATION RE CONTINUANCE
CV 09-1728 RMW

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiff United States of America and |
| 2 | Melissa Perkins, that the case management conference currently scheduled for Friday, July 31, |
| 3 | 2009, and the hearing on the motion to dismiss for improper venue currently scheduled for |
| 4 | August 21, 2009, be continued until Friday, August 28, 2009, at 9:00 am. The parties make this |
| 5 | request for a brief continuance of both matters due, in part, to the unavailability of government |
| 6 | counsel for the current hearing dates. |
| 7 | IT IS SO STIPULATED. |

Dated: _____
STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 7/23/09   _____
MELISSA PERKINS
Claimant

IT IS HEREBY ORDERED:

Upon the stipulation of government counsel and Melissa Perkins, and good cause appearing, the case management conference currently scheduled Friday, July 31, 2009 and the hearing on claimant's motion to dismiss currently scheduled on August 21, 2009, be vacated. Both matters are to be continued to August 28, 2009, at 9:00 a.m., or as soon thereafter as the court if available.

DATED: 7/29/09   _____
RONALD M. WHYTE
United States District Judge

STIPULATION RE CONTINUANCE
CV 09-1728 RMW                                                                 2