JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th floor
    San Francisco, CA 94102
    Telephone: 415.436.6816
    Facsimile:  415.436.7234
    Email: stephanie.hinds@usdoj.gov

*E-FILED - 9/30/09*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>2008 INFINITI G37, VIN: JNKCV64E98M103041; )<br>)<br>2008 INFINITI QX56, VIN: 5N3AA08D68N905742; )<br>)<br>APPROXIMATELY $40,388.19 IN UNITED STATES )<br>CURRENCY; )<br>)<br>APPROXIMATELY $10,127.33 SEIZED FROM )<br>MONEY MARKET ACCOUNT #\*\*\*\*\*\*6402; )<br>)<br>APPROXIMATELY $1,043.35 SEIZED FROM )<br>CHECKING ACCOUNT #\*\*\*\*\*\*6401; )<br>)<br>APPROXIMATELY $160,291.04 FUNDS SEIZED )<br>FROM DIAMOND TRUST ACCOUNT; and )<br>)<br>APPROXIMATELY $1,487.32 SEIZED FROM )<br>BANK OF AMERICA ACCOUNT, )<br>)<br>Defendants. )<br>_____ ) | No. CV 09-1728 RMW<br><br>STIPULATION AND [XXXXXXXXXXX]<br>ORDER TO CONTINUE CASE<br>MANAGEMENT CONFERENCE AND<br>MOTION TO DISMISS |

/

1  IT IS HEREBY STIPULATED by and between plaintiff United States of America, Melissa Perkins,
2  and Alex Sanchez, that the case management conference and the hearing on the motion to dismiss for
3  improper venue currently scheduled for Friday, October 2, 2009, be continued until Friday, October 30
4  2009 at 9:00 a.m. The parties agree that this continuance of both matters is necessary due to the
5  unavailability of pro se claimant Melissa Perkins because of family medical issues. The government has
6  no objections to this continuance.

8  DATED: 9/30/09

   _____
   STEPHANIE M. HINDS
   Assistant United States Attorney

11 DATED: 9/29/09

   _____
   MELISSA PERKINS
   Claimant

14 DATED: 9/29/09

   _____
   ALEX SANCHEZ

17                              **ORDER**

18  IT IS SO ORDERED.
19  Upon the stipulation of said parties, the case management conference and the hearing on the
20  motion to dismiss for improper venue currently scheduled for Friday, October 2, 2009, are vacated. Both
21  matters are to be continued until Friday, October 30 2009 at 9:00 a.m. and 10:30 a.m.

23  DATED: 9/30/09

   _____
   RONALD M. WHYTE
   United States Judge

STIPULATION AND [XXXXXX] ORDER TO CONTINUE                                     2
CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS
CV 09-1728 RMW