JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102
Telephone: 415.436.6816
Facsimile:  415.436.7234
Email: stephanie.hinds@usdoj.gov

*E-FILED - 12/3/09*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 09-1728 RMW |
| Plaintiff, | |
| v. | |
| 2008 INFINITI G37, VIN: JNKCV64E98M103041; | STIPULATION AND [XXXXXXXXXXXXXX |
| 2008 INFINITI QX56, VIN: 5N3AA08D68N905742; | ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND MOTION TO DISMISS |
| APPROXIMATELY $40,388.19 IN UNITED STATES CURRENCY; | |
| APPROXIMATELY $10,127.33 SEIZED FROM MONEY MARKET ACCOUNT #******6402; | |
| APPROXIMATELY $1,043.35 SEIZED FROM CHECKING ACCOUNT #******6401; | |
| APPROXIMATELY $160,291.04 FUNDS SEIZED FROM DIAMOND TRUST ACCOUNT; and | |
| APPROXIMATELY $1,487.32 SEIZED FROM BANK OF AMERICA ACCOUNT , | |
| Defendants. | |

/

1    IT IS HEREBY STIPULATED by and between plaintiff United States of America, Melissa Perkins,

2  and Alex Sanchez, that the case management conference currently scheduled for Friday, December 4,

3  2009, be continued until Friday, January 8, 2010 at 9:30 a.m., or as soon thereafter as the Court can hear

4  this matter.  The parties agree that a continuance of this matter is necessary as Claimant Melissa Perkins

5  seeks to secure legal representation in this matter.

6

7  DATED:  12/1/09

8                                                STEPHANIE M. HINDS
                                                 Assistant United States Attorney

9

10  DATED:  _____

11                                               MELISSA PERKINS
                                                 Claimant

12

13  DATED:  _____

14                                               ALEX SANCHEZ

15

16                                  ORDER

17    IT IS SO ORDERED.

18    Upon the stipulation of said parties, the case management conference currently scheduled for

19  Friday, December 4, 2009, is vacated.  The matter is to be continued until Friday, January 8, 2010

20  @ 9:00 am (motion hearing) and 10:30 am (CMC).

21

22  DATED:  12/3/09

23                                               RONALD M. WHYTE
                                                 United States Judge

24

25

26

27

28