JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, 11th floor
    San Francisco, CA 94102
    Telephone: 415.436.6816
    Facsimile:   415.436.7234
    Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

***E-FILED - 1/21/10***

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>                  Plaintiff, )<br>)<br>    v. )<br>)<br>2008 INFINITI G37, VIN: JNKCV64E98M103041; )<br>)<br>2008 INFINITI QX56, VIN:<br>5N3AA08D68N905742; )<br>)<br>APPROXIMATELY $40,388.19 IN UNITED<br>STATES CURRENCY; )<br>)<br>APPROXIMATELY $10,127.33 SEIZED FROM )<br>MONEY MARKET ACCOUNT #\*\*\*\*\*\*6402; )<br>)<br>APPROXIMATELY $1,043.35 SEIZED FROM )<br>CHECKING ACCOUNT #\*\*\*\*\*\*6401; )<br>)<br>APPROXIMATELY $160,291.04 FUNDS SEIZED )<br>FROM DIAMOND TRUST ACCOUNT; and )<br>)<br>APPROXIMATELY $1,487.32 SEIZED FROM )<br>BANK OF AMERICA ACCOUNT , )<br>)<br>                  Defendants. )<br>) | **No. CV 09-1728 RMW**<br><br>**STIPULATION AND**<br>**ORDER SEEKING STAY OF ACTION** |

|   |   |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between plaintiff United States of America and Melissa |
| 2 | Perkins, through undersigned counsel, and Alex Sanchez, that this action be stayed pursuant to 21 U.S.C. |
| 3 | § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23, |
| 4 | 2000). Melissa Perkins and Alex Sanchez are prospective claimants to the defendant property (neither |
| 5 | have filed claims or an Answer in this action). Melissa Perkins is also the target of an ongoing criminal |
| 6 | investigation concerning drug trafficking and money laundering activities which forms the basis for the |
| 7 | forfeiture allegations in the government's complaint. Consequently, the parties agree that a stay in the |
| 8 | forfeiture proceeding is appropriate in order to preserve Perkins' right against self-incrimination in the |
| 9 | related criminal matter. The parties thus request that matter be stayed pending resolution of the related |
| 10 | criminal prosecution. Accordingly, the parties request that the case management conference currently set |
| 11 | for January 8, 2010 be vacated and that the matter be set for status in approximately 90-120 days. |

DATED: 01/07/10  _____/S/_____
STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 01/07/10  _____/S/_____
MICHAEL STEPANIAN
RANDY SUE POLLOCK
Attorney for Melissa Perkins

DATED:  _____
MELISSA PERKINS
Prospective Claimant

DATED:  _____
ALEX SANCHEZ
Prospective Claimant

/ /

/ /

**STIPULATION AND**
**XXXXXXXXXX**  **STAY**
**CV 09-1728 RMW**  *2*

|   |   |
|---|---|
| 1 | xxxxxxxxxxx **ORDER** |
| 2 | Upon the above stipulation, and good cause appearing, the above-entitled civil forfeiture |
| 3 | action is stayed in light of the pending related criminal investigation concerning Melissa Perkins. The |
| 4 | case management conference scheduled for January 8, 2010 is vacated. The matter is continued to |
| 5 | April 9, 2010 for status. |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | DATED: _1/21/10___ |

/s/ Ronald M. Whyte

RONALD M. WHYTE
United States District Judge

**STIPULATION AND**
**xxxxxxxxx ORDER RE STAY**
**CV 09-1728 RMW**

*3*