JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102
Telephone: 415.436.6816
Facsimile:  415.436.7234
Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

*E-FILED - 1/21/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CV 09-1728 RMW |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| 2008 INFINITI G37, VIN: JNKCV64E98M103041; ) | |
| ) | **STIPULATION AND** |
| 2008 INFINITI QX56, VIN: ) | **ORDER SEEKING STAY OF ACTION** |
| 5N3AA08D68N905742; ) | |
| ) | |
| APPROXIMATELY $40,388.19 IN UNITED ) | |
| STATES CURRENCY; ) | |
| ) | |
| APPROXIMATELY $10,127.33 SEIZED FROM ) | |
| MONEY MARKET ACCOUNT #******6402; ) | |
| ) | |
| APPROXIMATELY $1,043.35 SEIZED FROM ) | |
| CHECKING ACCOUNT #******6401; ) | |
| ) | |
| APPROXIMATELY $160,291.04 FUNDS SEIZED ) | |
| FROM DIAMOND TRUST ACCOUNT; and ) | |
| ) | |
| APPROXIMATELY $1,487.32 SEIZED FROM ) | |
| BANK OF AMERICA ACCOUNT , ) | |
| ) | |
| Defendants. ) | |
| ) | |

1   IT IS HEREBY STIPULATED by and between plaintiff United States of America and Melissa
2   Perkins, through undersigned counsel, and Alex Sanchez, that this action be stayed pursuant to 21 U.S.C.
3   § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23,
4   2000).  Melissa Perkins and Alex Sanchez are prospective claimants to the defendant property (neither
5   have filed claims or an Answer in this action).  Melissa Perkins is also the target of an ongoing criminal
6   investigation concerning drug trafficking and money laundering activities which forms the basis for the
7   forfeiture allegations in the government's complaint.  Consequently, the parties agree that a stay in the
8   forfeiture proceeding is appropriate in order to preserve Perkins' right against self-incrimination in the
9   related criminal matter.  The parties thus request that matter be stayed pending resolution of the related
10  criminal prosecution.  Accordingly, the parties request that the case management conference currently set
11  for January 8, 2010 be vacated and that the matter be set for status in approximately 90-120 days.

13  DATED: 01/07/10                    _____/S/_____
                                        STEPHANIE M. HINDS
14                                      Assistant United States Attorney

15  DATED: 01/07/10                    _____/S/_____
                                        MICHAEL STEPANIAN
16                                      RANDY SUE POLLOCK
17                                      Attorney for Melissa Perkins

18  DATED:                             _____
                                        MELISSA PERKINS
19                                      Prospective Claimant

20  DATED:                             _____
                                        ALEX SANCHEZ
21                                      Prospective Claimant

27  / /
28  / /

STIPULATION AND
XXXXXXXXXX ṬAY
CV 09-1728 RMW                                                                                      2

xxxxxxxxxxx **ORDER**

Upon the above stipulation, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation concerning Melissa Perkins. The case management conference scheduled for January 8, 2010 is vacated. The matter is continued to April 9, 2010 for status.

IT IS SO ORDERED.

DATED: 1/21/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

STIPULATION AND
xxxxxxxxx **ORDER RE STAY**
CV 09-1728 RMW