| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |
| 5 | *E-FILED - 1/21/10* |
| 6 | 450 Golden Gate Avenue, 11th floor<br>San Francisco, CA 94102<br>Telephone: 415.436.6816 |
| 7 | Facsimile: 415.436.7234<br>Email: stephanie.hinds@usdoj.gov |
| 8 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) No. CV 09-1728 RMW |
|---|---|
| Plaintiff, | ) |
| v. | ) |
| 2008 INFINITI G37, VIN: JNKCV64E98M103041; | ) |
| 2008 INFINITI QX56, VIN: 5N3AA08D68N905742; | ) **STIPULATION AND** xxxxxxxxxx **ORDER TO RELEASE/DISMISS CERTAIN ASSETS** |
| APPROXIMATELY $40,388.19 IN UNITED STATES CURRENCY; | ) |
| APPROXIMATELY $10,127.33 SEIZED FROM MONEY MARKET ACCOUNT #******6402; | ) |
| APPROXIMATELY $1,043.35 SEIZED FROM CHECKING ACCOUNT #******6401; | ) |
| APPROXIMATELY $160,291.04 FUNDS SEIZED FROM DIAMOND TRUST ACCOUNT; and | ) |
| APPROXIMATELY $1,487.32 SEIZED FROM BANK OF AMERICA ACCOUNT, | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and claimant Melissa Perkins as follows:

1. On or about October 29, 2008, law enforcement officers seized approximately $40,388.92 in funds from Warren Henry Infiniti which belongs to Claimant Melissa Perkins (hereinafter "subject funds").

2. The subject funds were seized for forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6), pursuant to a seizure warrant issued in the Northern District of California. The subject funds are among the assets subject to forfeiture in the above captioned action

3. Melissa Perkins is the sole claimant to the subject funds.

4. Based on the review of subsequent information obtained during the investigation, the government declines to pursue forfeiture of the subject funds and agrees to return said funds plus any interest earned on said funds to Claimant Melissa Perkins, by and through her attorneys of record Michael Stepanian and Randy Sue Pollock. The United States agrees to release said funds to Claimant Melissa Perkins by electronic payment as directed by claimant's counsel in the ACH Payment Form.

5. Claimant Melissa Perkins agrees to hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal and local enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and release of the subject funds.

6. Each party agrees to bear its own attorneys fees and costs.

DATED: 1/21/10

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: _____

MICHAEL STEPANIAN
RANDY SUE POLLOCK
Attorney for Melissa Perkins

1  IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and
2  claimant Melissa Perkins as follows:
3    1. On or about October 29, 2008, law enforcement officers seized approximately $40,388.92 in
4  funds from Warren Henry Infiniti which belongs to Claimant Melissa Perkins (hereinafter "subject
5  funds").
6    2. The subject funds were seized for forfeiture, pursuant to Title 21, United States Code, Section
7  881(a)(6), pursuant to a seizure warrant issued in the Northern District of California. The subject funds
8  are among the assets subject to forfeiture in the above captioned action
9    3. Melissa Perkins is the sole claimant to the subject funds.
10   4. Based on the review of subsequent information obtained during the investigation, the government
11  declines to pursue forfeiture of the subject funds and agrees to return said funds plus any interest earned
12  on said funds to Claimant Melissa Perkins, by and through her attorneys of record Michael Stepanian and
13  Randy Sue Pollock. The United States agrees to release said funds to Claimant Melissa Perkins by
14  electronic payment as directed by claimant's counsel in the ACH Payment Form.
15   5. Claimant Melissa Perkins agrees to hold harmless the United States, any and all agents, officers,
16  representatives and employees of same, including all federal and local enforcement officers, for any and
17  all acts directly or indirectly related to the seizure, detention and release of the subject funds.
18   6. Each party agrees to bear its own attorneys fees and costs.
19
20  DATED: _____
                                            _____
21                                          STEPHANIE M. HINDS
                                            Assistant United States Attorney
22  DATED: 1/20/10
                                            _/s/ Randy Sue Pollock_____
23                                          MICHAEL STEPANIAN
                                            RANDY SUE POLLOCK
24                                          Attorney for Melissa Perkins
25
26
27
28

STIPULATION AND
XXXXXXXX ORDER
CV 09-1728 RMW                                                                                               2

| | |
|---|---|
| 1 | [XXXXXXXXX] ORDER |
| 2 | Upon the stipulation of said parties, IT IS HEREBY ORDERED that the subject funds, identified |
| 3 | as $40,388.19 in funds shall be returned to claimant Melissa Perkins as stipulated above. IT IS |
| 4 | FURTHER ORDERED that United States, any and all agents, officers, representatives and employees of |
| 5 | same, including all federal and local enforcement officers, for any and all acts directly or indirectly |
| 6 | related to the seizure and detention of the subject funds. IT IS FURTHER ORDERED that each party |
| 7 | shall bear its own costs and fees as it relates to the subject funds. |

IT IS SO ORDERED.

DATED: 1/21/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States Judge