JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102
Telephone: 415.436.6816
Facsimile:  415.436.7234
Email: stephanie.hinds@usdoj.gov

*E-FILED - 1/21/10*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>       v.<br><br>2008 INFINITI G37, VIN: JNKCV64E98M103041;<br><br>2008 INFINITI QX56, VIN: 5N3AA08D68N905742;<br><br>APPROXIMATELY $40,388.19 IN UNITED STATES CURRENCY;<br><br>APPROXIMATELY $10,127.33 SEIZED FROM MONEY MARKET ACCOUNT #******6402;<br><br>APPROXIMATELY $1,043.35 SEIZED FROM CHECKING ACCOUNT #******6401;<br><br>APPROXIMATELY $160,291.04 FUNDS SEIZED FROM DIAMOND TRUST ACCOUNT; and<br><br>APPROXIMATELY $1,487.32 SEIZED FROM BANK OF AMERICA ACCOUNT,<br><br>                Defendants. | **No.  CV 09-1728 RMW**<br><br>**STIPULATION AND** XXXXXXXXXX **ORDER TO RELEASE/DISMISS CERTAIN ASSETS** |

STIPULATION AND
XXXXXXXX ] **ORDER**
**CV 09-1728 RMW**

*1*

1   IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and claimant Melissa Perkins as follows:

1. On or about October 29, 2008, law enforcement officers seized approximately $40,388.92 in funds from Warren Henry Infiniti which belongs to Claimant Melissa Perkins (hereinafter "subject funds").

2. The subject funds were seized for forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6), pursuant to a seizure warrant issued in the Northern District of California. The subject funds are among the assets subject to forfeiture in the above captioned action

3. Melissa Perkins is the sole claimant to the subject funds.

4. Based on the review of subsequent information obtained during the investigation, the government declines to pursue forfeiture of the subject funds and agrees to return said funds plus any interest earned on said funds to Claimant Melissa Perkins, by and through her attorneys of record Michael Stepanian and Randy Sue Pollock. The United States agrees to release said funds to Claimant Melissa Perkins by electronic payment as directed by claimant's counsel in the ACH Payment Form.

5. Claimant Melissa Perkins agrees to hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal and local enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and release of the subject funds.

6. Each party agrees to bear its own attorneys fees and costs.

DATED: 1/21/10

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: _____

MICHAEL STEPANIAN
RANDY SUE POLLOCK
Attorney for Melissa Perkins

STIPULATION AND
XXXXXXXX ] ORDER
CV 09-1728 RMW

2

IT IS HEREBY STIPULATED BY AND BETWEEN plaintiff United States of America and claimant Melissa Perkins as follows:

1. On or about October 29, 2008, law enforcement officers seized approximately $40,388.92 in funds from Warren Henry Infiniti which belongs to Claimant Melissa Perkins (hereinafter "subject funds").

2. The subject funds were seized for forfeiture, pursuant to Title 21, United States Code, Section 881(a)(6), pursuant to a seizure warrant issued in the Northern District of California. The subject funds are among the assets subject to forfeiture in the above captioned action

3. Melissa Perkins is the sole claimant to the subject funds.

4. Based on the review of subsequent information obtained during the investigation, the government declines to pursue forfeiture of the subject funds and agrees to return said funds plus any interest earned on said funds to Claimant Melissa Perkins, by and through her attorneys of record Michael Stepanian and Randy Sue Pollock. The United States agrees to release said funds to Claimant Melissa Perkins by electronic payment as directed by claimant's counsel in the ACH Payment Form.

5. Claimant Melissa Perkins agrees to hold harmless the United States, any and all agents, officers, representatives and employees of same, including all federal and local enforcement officers, for any and all acts directly or indirectly related to the seizure, detention and release of the subject funds.

6. Each party agrees to bear its own attorneys fees and costs.

DATED: _____

STEPHANIE M. HINDS
Assistant United States Attorney

DATED: 1/20/10

*Randy Sue Pollock* (signature)
MICHAEL STEPANIAN
RANDY SUE POLLOCK
Attorney for Melissa Perkins

STIPULATION AND
XXXXXXXX ORDER
CV 09-1728 RMW

2

1                                           XXXXXXXXX ] ORDER

2         Upon the stipulation of said parties, IT IS HEREBY ORDERED that the subject funds, identified

3 as $40,388.19 in funds shall be returned to claimant Melissa Perkins as stipulated above. IT IS

4 FURTHER ORDERED that United States, any and all agents, officers, representatives and employees of

5 same, including all federal and local enforcement officers, for any and all acts directly or indirectly

6 related to the seizure and detention of the subject funds. IT IS FURTHER ORDERED that each party

7 shall bear its own costs and fees as it relates to the subject funds.

9        IT IS SO ORDERED.

11 DATED: __1/21/10__                         *Ronald M. Whyte*

12                                                    RONALD M. WHYTE
                                                    United States Judge