JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th floor
   San Francisco, CA 94102
   Telephone: 415.436.6816
   Facsimile:  415.436.7234
   Email: stephanie.hinds@usdoj.gov

Attorneys for United States of America

***E-FILED - 4/7/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. **CV 09-1728 RMW** |
|               Plaintiff, ) | |
|       v. ) | |
| 2008 INFINITI G37, VIN: JNKCV64E98M103041; ) | |
| 2008 INFINITI QX56, VIN: ) | **STIPULATION AND** |
| 5N3AA08D68N905742; ) | **ORDER SEEKING FURTHER STAY** |
| ) | **OF ACTION** |
| APPROXIMATELY $40,388.19 IN UNITED ) | |
| STATES CURRENCY; ) | |
| APPROXIMATELY $10,127.33 SEIZED FROM ) | |
| MONEY MARKET ACCOUNT #******6402; ) | |
| APPROXIMATELY $1,043.35 SEIZED FROM ) | |
| CHECKING ACCOUNT #******6401; ) | |
| APPROXIMATELY $160,291.04 FUNDS SEIZED ) | |
| FROM DIAMOND TRUST ACCOUNT; and ) | |
| APPROXIMATELY $1,487.32 SEIZED FROM ) | |
| BANK OF AMERICA ACCOUNT , ) | |
|               Defendants. ) | |

**STIPULATION AND**
**[] ORDER RE STAY**
**CV 09-1728 RMW**    *1*

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Melissa Perkins, through undersigned counsel, and Alex Sanchez, that this action be stayed pursuant to 21 U.S.C. § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23, 2000). Melissa Perkins and Alex Sanchez are prospective claimants to the defendant property (neither have filed claims or an Answer in this action). Melissa Perkins is also the target of an ongoing criminal investigation concerning drug trafficking and money laundering activities which forms the basis for the forfeiture allegations in the government's complaint. Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Perkins' right against self-incrimination in the related criminal matter. The parties thus request that matter be stayed pending resolution of the related criminal prosecution. Accordingly, the parties request that the case management conference currently set for April 9, 2010 be vacated and that the matter be set for status in approximately 90-120 days.

DATED: 04/07/10            _____/S/_____
                           STEPHANIE M. HINDS
                           Assistant United States Attorney

DATED: 04/07/10            _____/S/_____
                           MICHAEL STEPANIAN
                           RANDY SUE POLLOCK
                           Attorney for Melissa Perkins

DATED:                     _____
                           MELISSA PERKINS
                           Prospective Claimant

DATED:                     _____
                           ALEX SANCHEZ
                           Prospective Claimant

//

//

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

xxxxxxxxxxx **ORDER**

Upon the above stipulation, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation concerning Melissa Perkins. The case management conference scheduled for April 9, 2010 is vacated. The matter is continued to 8/13/10 @ 10:30 a.m.
_____ for status.

IT IS SO ORDERED.

DATED: __4/7/10__

*Ronald M. Whyte*
_____
RONALD M. WHYTE
United States District Judge

**STIPULATION AND
[] XXXXXXX ] ORDER RE STAY
CV 09-1728 RMW**

*3*