| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 3 | STEPHANIE M. HINDS (CSBN 154284)<br>Assistant United States Attorney |

450 Golden Gate Avenue, 11th floor
San Francisco, CA 94102
Telephone: 415.436.6816
Facsimile:  415.436.7234
Email: stephanie.hinds@usdoj.gov

*E-FILED - 8/12/10*

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br>   v.<br>2008 INFINITI G37, VIN: JNKCV64E98M103041;<br>2008 INFINITI QX56, VIN: 5N3AA08D68N905742;<br>APPROXIMATELY $40,388.19 IN UNITED STATES CURRENCY;<br>APPROXIMATELY $10,127.33 SEIZED FROM MONEY MARKET ACCOUNT #******6402;<br>APPROXIMATELY $1,043.35 SEIZED FROM CHECKING ACCOUNT #******6401;<br>APPROXIMATELY $160,291.04 FUNDS SEIZED FROM DIAMOND TRUST ACCOUNT; and<br>APPROXIMATELY $1,487.32 SEIZED FROM BANK OF AMERICA ACCOUNT ,<br>            Defendants. | No.  CV 09-1728 RMW<br><br>**STIPULATION AND** xxxxxxxxxxx<br>**ORDER SEEKING FURTHER STAY**<br>**OF ACTION** |

IT IS HEREBY STIPULATED by and between plaintiff United States of America and Melissa Perkins, through undersigned counsel, and Alex Sanchez, that this action be stayed pursuant to 21 U.S.C. § 881(j) (enacted under the Civil Asset Forfeiture Reform Act Statutes or "CAFRA" on August 23,

Case 5:09-cv-01728-RMW   Document 40   Filed 08/12/10   Page 2 of 2

2000).  Melissa Perkins and Alex Sanchez are prospective claimants to the defendant property (neither have filed claims or an Answer in this action).  Melissa Perkins is also the target of an ongoing criminal investigation concerning drug trafficking and money laundering activities which forms the basis for the forfeiture allegations in the government's complaint.  Consequently, the parties agree that a stay in the forfeiture proceeding is appropriate in order to preserve Perkins' right against self-incrimination in the related criminal matter.  The parties thus request that matter be stayed pending resolution of the related criminal prosecution.  Accordingly, the parties request that the case management conference currently set for August 13, 2010 be vacated and that the matter be set for status in approximately 90-120 days.

DATED: 8/10/10                  _____/S/_____
                                 STEPHANIE M. HINDS
                                 Assistant United States Attorney

DATED: 8/10/10                  _____/S/_____
                                 MICHAEL STEPANIAN
                                 RANDY SUE POLLOCK
                                 Attorney for Melissa Perkins


|XXXXXXXXXX| **ORDER**

Upon the above stipulation, and good cause appearing, the above-entitled civil forfeiture action is stayed in light of the pending related criminal investigation concerning Melissa Perkins.  The case management conference scheduled for August 13, 2010 is vacated.  The matter is continued to ___ December 3, 2010 _____ for status.

IT IS SO ORDERED.

DATED: 8/12/10                  *Ronald M. Whyte*
                                 _____
                                 RONALD M. WHYTE
                                 United States District Judge

STIPULATION AND PROPOSED ORDER SEEKING FURTHER STAY OF ACTION                    2
CV 09-1728 RMW