| | |
|---|---|
| 1  MELINDA HAAG (CSBN 132612)<br>    United States Attorney<br>2<br>    BRAIN J. STRETCH (CSBN 163973)<br>3  Chief, Criminal Division<br>4  STEPHANIE M. HINDS (CSBN 154284)<br>    Assistant United States Attorney<br>5       450 Golden Gate Avenue, Box 36055<br>        San Francisco, CA 94102<br>6       Telephone: 415.436.6816<br>        Facsimile:  415.436.6748<br>7       Email: stephanie.hinds@usdoj.gov<br>8  Attorneys for the United States of America | *E-FILED - 9/15/10* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>        v.<br><br>2008 INFINITI G37, VIN: JNKCV64E98M103041;<br>2008 INFINITI QX56, VIN: 5N3AA08D68N905742;<br>APPROXIMATELY $40,388.19 IN UNITED STATES CURRENCY;<br>APPROXIMATELY $10,127.33 SEIZED FROM MONEY MARKET ACCOUNT #******6402;<br>APPROXIMATELY $1,043.35 SEIZED FROM CHECKING ACCOUNT #******6401;<br>APPROXIMATELY $160,291.04 FUNDS SEIZED FROM DIAMOND TRUST ACCOUNT; and<br>APPROXIMATELY $1,487.32 SEIZED FROM BANK OF AMERICA ACCOUNT ,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CV 09-1728 RMW<br><br>STIPULATION AND [XXXXXXXX]<br>ORDER TO DISMISS ACTION |

**STIPULATION**

Pursuant to Rule 41(a)(1) of Federal Rules of Civil Procedure, the parties hereby submit this stipulation to dismiss the above-captioned action. The parties contend that dismissal of this action is appropriate because the property subject to forfeiture in this civil action are now subject to forfeiture in a related criminal action captioned *United States v. Melissa Perkins*, CR 10-0620 WHA, currently pending in United States District Court in San Francisco. The parties request that this matter be dismissed without prejudice and that each party bear their own costs for this action.

IT IS SO STIPULATED:

Dated: 9/3/10

MELINDA HAAG
United States Attorney

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 9/2/10

MICHAEL STEPANIAN
RANDY SUE POLLOCK
Attorneys for Claimant Melissa Perkins

|XXXXXXX **ORDER RE DISMISSAL**

Upon the above stipulation of the parties, and good cause appearing, the Court hereby dismisses the above-captioned action without prejudice. The Court further orders that each party bears its own costs in this action.

IT IS SO ORDERED.

Dated: 9/15/10

RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

STIPULATION AND [XXXXXXX
ORDER TO DISMISS ACTION
CV 09-1728 RMW             2